# United States Bankruptcy Court
## Eastern District of Michigan

In re **LaDonna Brown**  
Debtor(s)

Case No. **05-62748-R**  
Chapter **13**  
Judge Rhodes

**Donald C. Wilson P59433**
**Attorney(s) for Debtor(s)**
**WILLIAM C. BABUT, P.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**(734) 485-7000**

## STATEMENT OF AFFIRMATION

The purpose of: amending Schedules I & J to indicate increase/decrease in income and expenses.

dated: **October 4, 2005**

The information disclosed in the attached amended document is as represented to me by the Debtor.

/s/ Donald C. Wilson
**Donald C. Wilson P59433**
**WILLIAM C. BABUT, P.C.**
**Attorney(s) for Debtor(s)**

Debtors declare under penalty of perjury that the information in the attached amended document is true to the best of our knowledge, information and belief.

/s/ LaDonna Brown
**LaDonna Brown**