UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE: LADONNA BROWN
9189 ASCOT
YPSILANTI, MI 48198

Case No.: 05-62748-SWR
Judge: STEVEN W RHODES

CHAPTER 13 FINAL ACCOUNTING AND REPORT AND CERTIFICATE OF SERVICE

DISMISSED AFTER CONFIRMATION

SSN#1 - XXX-XX-9093
SSN#2 -

This Case was
commenced on 07/19/2005

The Plan was
Confirmed on 10/26/2005

The Case was
concluded on 12/10/2007

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors: $59,252.57

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| ALLSTATE CREDIT BUREAU WINGATE MANAGEMENT | UNSECURED | 1,140.00 | 0.00 | 0.00 | 296.40 |
| CITIFINANCIAL RETAIL SERVICES | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP HOUSEHOLD CARD SERV | UNSECURED | 1,419.63 | 0.00 | 0.00 | 369.10 |
| ECAST SETTLEMENT CORP MCCBG/MEIJER | UNSECURED | 536.83 | 0.00 | 0.00 | 139.58 |
| ENCORE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PREMIER BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| HOUSEHOLD | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICE LITTON LOAN SERVICIN | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| LITTON LOAN SERVICING LP 1MTG 9189 ASCOT/AMPL | ARREARAGE | 16,112.38 | 8,036.94 | 0.00 | 8,075.44 |
| LITTON LOAN SERVICING LP 1MTG 9189 ASCOT/AMPL | CURR MTG | 0.00 | 35,671.41 | 0.00 | 0.00 |
| MCCALLA RAYMER ET AL | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| MEIJER INC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER 1ST PREMIER BK | UNSECURED | 389.11 | 0.00 | 0.00 | 101.17 |
| RESURGENT ACQUISITION LLC CITI FINANCIAL | UNSECURED | 229.46 | 0.00 | 0.00 | 59.66 |
| SCHEDULED UNSECURED CREDITO CHECK N GO/1ST BK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO CRUSADER CASH ADVANC | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO UNIV OF MI SCH DENTI | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHEDULED UNSECURED CREDITO UNIVERSITY OF MICH | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

| CASE NO: 05-62748-SWR | LADONNA BROWN | | | | |
|---|---|---|---|---|---|
| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
| TROTT & TROTT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| UNIVERSAL CREDIT | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| WILSHIRE CREDIT 2NDMTG 9189 ASC | CURR MTG | 0.00 | 10,048.51 | 0.00 | 0.00 |
| WILSHIRE CREDIT 2NDMTG 9189 ASCO | ARREARAGE | 2,783.82 | 1,388.63 | 0.00 | 1,395.19 |
| LADONNA BROWN | REFUND | 924.36 | 924.36 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 64,616.12 | 0.00 | 3,715.03 | | 924.36 | 69,255.51 | TOTAL PAID |
| PRIN. PAID | 55,145.49 | 0.00 | 0.00 | | 924.36 | 56,069.85 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | 56,069.85 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| WILLIAM C BABUT | 1,294.00 | 1,294.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| 0.00 | 1,888.72 | 0.00 | 1,888.72 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging Krispen S. Carroll as Trustee and releasing Krispen S. Carroll and her surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 03/27/2008

Krispen S. Carroll, Trustee

CASE NO: 05-62748-SWR    LADONNA BROWN

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of this document was mailed to the Debtor, the Debtor's attorney, and the United States Trustee by First Class Mail.

DATED: 03/27/2008

/s/ KB
KB
Office of the Ch. 13 Standing Trustee - Krispen S. Carroll
719 Griswold
Suite 1100
Detroit, MI 48226
(313)962-5035